# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **J&R PASSMORE, LLC, et al.,** : | |
| : | |
| Plaintiff, : | |
| : | **Case No. C2:18-CV-1587** |
| v. : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| **RICE DRILLING D, LLC, et al.,** : | |
| : | **Magistrate Judge Jolson** |
| Defendant. : | |

## ORDER RESETTING
## CLASS CERTIFICATION HEARING

Due to a conflict with the Court's trial calendar, the Class Certification Hearing is rescheduled for **Tuesday, March 7, 2023 at 1:30 p.m.** in Court Room 1, Room 331 of the U. S. Courthouse located at 85 Marconi Boulevard, Columbus, Ohio.  Upon arrival, counsel will enter their appearance with the Court Reporter and the Courtroom Deputy Clerk before the start of the opening session of the hearing or any other proceeding before the Court.

The Class Certification Hearing in this case may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown.  Any request for a continuance should be made promptly after the reason for seeking the continuance becomes known.

Counsel should be prepared to argue for a maximum of forty (40) minutes.  The movant will argue first and will have the option of reserving up to five (5) minutes for rebuttal.

Counsel should prepare for this hearing with the knowledge that this Court has already studied the memoranda related to class certification.  Counsel should be prepared to answer questions raised by the Court.

**IT IS SO ORDERED.**

                                                                                **ALGENON L. MARBLEY**
                                                                     **United States District Court Chief Judge**

**DATED: February 22, 2023**