**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**J&R PASSMORE, LLC, et al.,**

      **Plaintiffs,**

    **v.**

**RICE DRILLING D, LLC, et al.,**

      **Defendants.**

**Civil Action 2:18-cv-1587**
**Chief Judge Algenon L. Marbley**
**Magistrate Judge Kimberly A. Jolson**

## <u>ORDER</u>

Defendant Rice Drilling has asked the Court for authorization to file yet another motion to compel, regarding new discovery disputes. The deadlines previously scheduled for briefing on Rice's last motion to compel (Doc. 523) are **VACATED**. Instead, Rice is **PERMITTED** to file a supplemental motion to compel the discovery mentioned in the most recent status report (Doc. 530) by March 6, 2026. Plaintiff's deadline to respond to the original motion and the supplemental motion is **RESET** to March 20, 2026. Rice's reply is now due by March 27, 2026. Rice's supplemental brief shall not exceed five (5) pages; Plaintiff's response shall not exceed fifteen (15) pages; and Rice's reply shall not exceed five (5) pages. The parties are **WARNED** that the Court is inclined to shift fees to the losing side.

    IT IS SO ORDERED.


Date:  March 3, 2026

        /s/ Kimberly A. Jolson
        KIMBERLY A. JOLSON
        UNITED STATES MAGISTRATE JUDGE